UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

VE LE THI NGUYEN,

Plaintiff,

v.

ALEJANDRO MAYORKAS, et al.,

Defendants.

-------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No.
**2:24-cv-04698**

(Seybert, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Glen Cove, NY
November 22, 2024

s/ *Denis P. McAllister*
DENIS P. MCALLISTER, Esq.
*Attorney for Plaintiff*
70 Glen Street, Suite 395
Glen Cove, NY 11542

Dated: Washington, DC
November 22, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

NANCY CANTER
Senior Litigation Counsel
Office of Immigration Litigation

By: s/ *Jessica R. Lesnau*
Jessica R. Lesnau
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station

Washington, DC 20044
(202) 616-9346
Jessica.r.lesnau@usdoj.gov

*Attorneys for Defendants*

SO ORDERED. The Clerk of Court is directed to mark this case CLOSED.

Dated: November 25, 2024
Central Islip, New York

/s/ JOANNA SEYBERT
Hon. Joanna Seybert, U.S.D.J.